**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Nguyen Thao Tran                                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-11472 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                Respectfully submitted,

                /s/ *Rebecca Solarz*
                Rebecca Solarz
                16 Jul 2021, 12:18:11, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322