# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                     Chapter 13

NGUYEN THAO TRAN                             Bankruptcy No. 21-11472-ELF

221 THIA COURT

COATESVILLE, PA 19320

         Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
NGUYEN THAO TRAN

221 THIA COURT

COATESVILLE, PA 19320

**Counsel for debtor(s), by electronic notice only.**
DAVID W TIDD
656 EBERSOLE ROAD

READING, PA 19605-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 9/7/2021                                                                                   /s/ William C. Miller

                                                                                _____
                                                                                William C. Miller, Esquire
                                                                                Chapter 13 Standing Trustee