# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| **Nguyen Thao Tran,** | :    Ch. 13 |
| | : |
| **Debtor.** | :    21-11472 |

## CERTIFICATE OF SERVICE

      I, David W. Tidd, Esq., attorney for Debtor, hereby certify that I have caused to be served on May 23, 2021 a true and correct copy of Debtor's Chapter 13 Plan upon the following parties in the manner indicated:

**Via ECF Filing**

Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA  19106

William C. Miller, Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphi, PA 19105

**Via U.S. Mail**
Nguyen Thao Tran
221 Thia Court
Coatesville, PA 19320

**Secured Parties – Via U.S. Mail**
M & T Bank
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240

**Non-Priority Unsecured Parties – Via First Class U.S. Mail**
Aes/ Pheaa

American Education Services/PHEAA
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Amex/Bankruptcy
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Bank of America
Attn: Bankruptcy
Po Box 982234
El Paso, TX 79998

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Cagan Management Group
3856 Oakton St.
Skokie, IL 60076

Cap1/l&t
Po Box 31293
Salt Lake City, UT 84131

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One/Neiman Marcus/Bergdorf Goodm
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One/SaksFirst
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One/Walmart
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Citibank
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

Citizens Bank
One Citizens Drive
Ms: Rop 15b
Riverside, RI 02915

Comenity Bank/Overstock
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Wayfair
Attn: Bankruptcy
Po Box 182125columbus
Columbus, OH 43218

Comenitycapital/bjsclb
Attn: Bankruptcy
Po Box 18125
Columbus, OH 43218

Department Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

ECMC
Attn: Bankruptcy
111 Washington Ave South, Ste 1400
Minneapolis, MN 55401

First National Bank
Attn: Bankruptcy
Po Box 3128
Omaha, NE 68103

Frederic I Weingerg & Assoc
375 E Elm St., Ste. 210
Conshohocken, PA 19428

Freedom Financial Asset Management, LLC.
Attn: Bankruptcy
Po Box 2340
Phoenix, AZ 85002

Joel FIink
Offices of Frederic I. Weinberg & Assoc.
375 E. Elm St.,  Ste. 210
Conshohocken, PA 19428

Midland Fund
Attn: Bankruptcy
350 Camino De La Reine Ste 100
San Diego, CA 92108

Navient
Attn: Claims Dept
Po Box 9500
Wilkes-Barre, PA 18773

Navient Solutions Inc
Attn: Bankruptcy
Po Box 9500
Wilkes-Barr, PA 18773

Penn State
308 Shields Bldg
University Park, PA 16802

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

Pressler, Felt & Warshaw, LLP
7 Entin Rd.
Parsippany, NJ 07054-5020

Prosper Funding LLC
221 Main Street
Suite 300
San Francisco, CA 94105

Raymour & Flanigan
Attn: Bankruptcy
Po Box 130
Liverpool, NY 13088

Synchrony Car Care
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/TJX
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896

Synchrony Bank/TJX
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL 32896

Toyota Financial Services
Attn: Bankruptcy
Po Box 8026
Cedar Rapids, IA 52409

Tuan Tran
700 Astor Street
Norristown, PA 19401

Dated:   October 27, 2021

/s/ David W. Tidd, Esq.
David W. Tidd, Esquire
656 Ebersole Road
Reading, PA  19605
Phone: 610-838-8700
Fax:    610-743-8676
Email: Bankruptcy@DavidTiddLaw.com