United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Nguyen Thao Tran  
    Debtor

Case No. 21-11472-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Nov 03, 2021      Form ID: 155      Total Noticed: 58

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nguyen Thao Tran, 221 Thia Court, Coatesville, PA 19320-2762 |
| 14610117 | + | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14610118 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14610119 | + | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14610120 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 14610121 | + | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14614450 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14610122 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14610123 | + | Cagan Management Group, 3856 Oakton St., Skokie, IL 60076-3456 |
| 14610124 | + | Cap1/l&t, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14610140 | + | ECMC, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 14610141 | + | First National Bank, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103-0128 |
| 14610142 | + | Frederic I Weingerg & Assoc, 375 E Elm St., Ste. 210, Conshohocken, PA 19428-1973 |
| 14610144 | + | Joel Flink, Offices of Frederic I. Weinberg & Assoc., 375 E. Elm St., Ste. 210, Conshohocken, PA 19428-1973 |
| 14623314 | + | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14614143 | + | Lakeview Loan Servicing, LLC by its, servicing agent M&T Bank, c/o Schiller Knapp Lefkowitz Hertzel LLP, Post Office Box 840, Buffalo, NY 14240-0840 |
| 14613512 | + | Lakeview Loan Servicing, LLC svg M&T Bank, c/o Martin A. Mooney, Esq., Schiller, Knapp, Lefkowitz & Hertzel, LL, Office and P.O. Address, 15 Cornell Road Latham, NY 12110-2182 |
| 14610151 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 14610149 | | Penn State, 308 Shields Bldg, University Park, PA 16802 |
| 14610153 | + | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14610160 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14610161 | + | Tuan Tran, 700 Astor Street, Norristown, PA 19401-3710 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14610117 | + | Email/Text: girddb@aessuccess.org | Nov 03 2021 23:39:00 | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14610132 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 03 2021 23:39:00 | Citizens Bank, One Citizens Drive, Ms: Rop 15b, Riverside, RI 02915 |
| 14610125 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2021 23:51:14 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14618310 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 03 2021 23:51:14 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14610126 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2021 23:51:16 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 21-11472-elf  Doc 26  Filed 11/05/21  Entered 11/06/21 00:31:01  Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2021 | Form ID: 155 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| 14610127 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2021 23:51:14 | Capital One/SaksFirst, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14610128 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2021 23:51:16 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14610130 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2021 23:51:14 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14610131 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2021 23:51:19 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14610133 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 03 2021 23:39:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14610134 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 03 2021 23:39:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 14610135 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 03 2021 23:39:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14610136 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 03 2021 23:39:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 14610137 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 03 2021 23:39:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 14610138 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2021 23:51:17 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14615764 | | Email/Text: bnc-quantum@quantum3group.com | Nov 03 2021 23:39:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14611824 | | Email/Text: mrdiscen@discover.com | Nov 03 2021 23:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14610139 | + | Email/Text: mrdiscen@discover.com | Nov 03 2021 23:39:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14610143 | | Email/Text: bk@freedomfinancialnetwork.com | Nov 03 2021 23:39:00 | Freedom Financial Asset Management, LLC., Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 14610129 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 03 2021 23:51:18 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14624309 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2021 23:51:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14610145 | | Email/Text: camanagement@mtb.com | Nov 03 2021 23:39:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14617044 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 03 2021 23:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14610146 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 03 2021 23:39:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14610147 | + | Email/PDF: pa_dc_claims@navient.com | Nov 03 2021 23:51:14 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14610148 | + | Email/PDF: pa_dc_claims@navient.com | Nov 03 2021 23:51:14 | Navient Solutions Inc, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14612692 | | Email/PDF: pa_dc_claims@navient.com | Nov 03 2021 23:51:14 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14610150 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2021 23:51:16 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14621339 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 21-11472-elf    Doc 26    Filed 11/05/21    Entered 11/06/21 00:31:01    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2021 | Form ID: 155 | Total Noticed: 58 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 03 2021 23:51:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14610151 | | Email/Text: signed.order@pfwattorneys.com | Nov 03 2021 23:39:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 14610152 | + | Email/Text: bankruptcy@prosper.com | Nov 03 2021 23:39:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14620328 | | Email/Text: bnc-quantum@quantum3group.com | Nov 03 2021 23:39:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14610154 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2021 23:51:18 | Synchrony Car Care, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14610155 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2021 23:51:16 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14610156 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2021 23:51:18 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14610157 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2021 23:51:18 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14610158 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2021 23:51:16 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14610159 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2021 23:51:14 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14610116 | | Aes/ Pheaa |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 05, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID W. TIDD | on behalf of Debtor Nguyen Thao Tran bankruptcy@davidtiddlaw.com debbburdick@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2021 | Form ID: 155 | Total Noticed: 58 |

MARTIN A. MOONEY
on behalf of Creditor Lakeview Loan Servicing LLC by its servicing agent M&T Bank lgadomski@schillerknapp.com, kcollins@schillerknapp.com

REBECCA ANN SOLARZ
on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Nguyen Thao Tran
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−11472−elf

---

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this November 2, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Eric L. Frank
    Judge ,
    United States Bankruptcy Court

24 − 8
Form 155