UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Nguyen Thao Tran,                    :
                                              :          21-11742-pmm
                               Debtor.        :
                                              :          Chapter 13
                                              :

CHAPTER 13 DEBTOR'S  CERTIFICATIONS  REGARDING DOMESTIC SUPPORT
OBLIGATIONS AND SECTION 522(p)

1. Pursuant to 11 U.S.C. Section 1328(a), I certify that I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then, and

2. Pursuant to 11 U.S.C. Section 1328(h), I certify that I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $214,000* in value in the aggregate.

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

July 1, 2026                                              /s/ Nguyen Thao Tran_____
                                                         Nguyen Thao Tran