United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-11472-pmm

Nguyen Thao Tran                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                               User: admin                                        Page 1 of 4

Date Rcvd: Jul 02, 2026                         Form ID: 138OBJ                                 Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Nguyen Thao Tran, 221 Thia Court, Coatesville, PA 19320-2762 |
| 14610123 | + | Cagan Management Group, 3856 Oakton St., Skokie, IL 60076-3456 |
| 14610142 | + | Frederic I Weingerg & Assoc, 375 E Elm St., Ste. 210, Conshohocken, PA 19428-1973 |
| 14610144 | + | Joel FIink, Offices of Frederic I. Weinberg & Assoc., 375 E. Elm St., Ste. 210, Conshohocken, PA 19428-1973 |
| 14613512 | + | Lakeview Loan Servicing, LLC svg M&T Bank, c/o Martin A. Mooney, Esq., Schiller, Knapp, Lefkowitz & Hertzel, LL, Office and P.O. Address, 15 Cornell Road Latham, NY 12110-1490 |
| 14610149 | | Penn State, 308 Shields Bldg, University Park, PA 16802 |
| 14610152 | + | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14610161 | + | Tuan Tran, 700 Astor Street, Norristown, PA 19401-3710 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 03 2026 00:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 03 2026 00:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14610117 | + | Email/Text: bncnotifications@pheaa.org | Jul 03 2026 00:53:00 | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14610118 | + | Email/PDF: bncnotices@becket-lee.com | Jul 03 2026 00:59:14 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14610119 | + | Email/PDF: bncnotices@becket-lee.com | Jul 03 2026 00:59:01 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14610120 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 03 2026 00:53:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 14610121 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 03 2026 00:53:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14614450 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jul 03 2026 00:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14610122 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 03 2026 00:53:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14610132 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 03 2026 00:53:00 | Citizens Bank, One Citizens Drive, Ms: Rop 15b, Riverside, RI 02915 |
| 14610124 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 03 2026 00:59:15 | Cap1/l&t, Po Box 31293, Salt Lake City, UT |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Jul 02, 2026 | Form ID: 138OBJ | Total Noticed: 60 |

|  |  |  | 84131-0293 |
| 14610125 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 03 2026 00:59:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14618310 | + Email/PDF: ebn_ais@aisinfo.com | Jul 03 2026 00:59:09 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14610126 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 03 2026 00:59:02 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14610127 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 03 2026 00:59:01 | Capital One/SaksFirst, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14610128 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 03 2026 00:59:00 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14610129 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 03 2026 00:59:14 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14610130 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 03 2026 01:15:55 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14610131 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 03 2026 01:16:50 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14610133 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 03 2026 00:54:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14610134 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 03 2026 00:54:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 14610135 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 03 2026 00:54:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14610136 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 03 2026 00:54:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 14610137 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 03 2026 00:54:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 14610138 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 03 2026 01:15:55 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14615764 | Email/Text: bnc-quantum@quantum3group.com | Jul 03 2026 00:54:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14611824 | Email/Text: mrdiscen@discover.com | Jul 03 2026 00:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14610139 | + Email/Text: mrdiscen@discover.com | Jul 03 2026 00:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14610140 | + Email/Text: ECMCBKNotices@ecmc.org | Jul 03 2026 00:54:00 | ECMC, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 14610141 | + Email/Text: collecadminbankruptcy@fnni.com | Jul 03 2026 00:53:00 | First National Bank, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 14610143 | Email/Text: bk@freedomfinancialnetwork.com | Jul 03 2026 00:53:00 | Freedom Financial Asset Management, LLC., Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 14624309 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2026 00:59:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14623314 | ^ MEBN | Jul 03 2026 00:52:09 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14614143 | ^ MEBN | Jul 03 2026 00:51:56 | Lakeview Loan Servicing, LLC by its, servicing agent M&T Bank, c/o Schiller Knapp Lefkowitz |

District/off: 0313-2                              User: admin                                    Page 3 of 4

Date Rcvd: Jul 02, 2026                          Form ID: 138OBJ                                Total Noticed: 60

|  |  |  |  |
|---|---|---|---|
|  |  |  | Hertzel LLP, Post Office Box 840, Buffalo, NY 14240-0840 |
| 14610145 |  | Email/Text: camanagement@mtb.com | |
|  |  | Jul 03 2026 00:54:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14617044 | + | Email/Text: bankruptcydpt@mcmcg.com | |
|  |  | Jul 03 2026 00:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14610146 | + | Email/Text: bankruptcydpt@mcmcg.com | |
|  |  | Jul 03 2026 00:54:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14610147 | + | Email/PDF: Bankruptcy_Prod@mohela.com | |
|  |  | Jul 03 2026 00:59:01 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14610148 | + | Email/PDF: Bankruptcy_Prod@mohela.com | |
|  |  | Jul 03 2026 00:59:15 | Navient Solutions Inc, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14612692 |  | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | |
|  |  | Jul 03 2026 00:59:07 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14610150 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | Jul 03 2026 00:59:14 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14621339 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | Jul 03 2026 00:59:01 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14610151 | + | Email/Text: signed.order@pfwattorneys.com | |
|  |  | Jul 03 2026 00:53:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 14610152 | + | Email/PDF: ProsperBKDetection@resurgent.com | |
|  |  | Jul 03 2026 00:59:02 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14620328 |  | Email/Text: bnc-quantum@quantum3group.com | |
|  |  | Jul 03 2026 00:54:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14610153 | ^ | MEBN | |
|  |  | Jul 03 2026 00:51:55 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14610154 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | Jul 03 2026 00:59:06 | Synchrony Car Care, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14610155 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | Jul 03 2026 00:59:14 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14610156 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | Jul 03 2026 00:59:07 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14610157 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | Jul 03 2026 00:59:14 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14610158 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | Jul 03 2026 00:59:15 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14610159 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
|  |  | Jul 03 2026 00:59:02 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14610160 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | |
|  |  | Jul 03 2026 00:53:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14610116 |  | Aes/ Pheaa |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0313-2                         User: admin                              Page 4 of 4

Date Rcvd: Jul 02, 2026                      Form ID: 138OBJ                          Total Noticed: 60

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DAVID W. TIDD | on behalf of Debtor Nguyen Thao Tran bankruptcy@davidtiddlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARTIN A. MOONEY | on behalf of Creditor Lakeview Loan Servicing  LLC by its servicing agent M&T Bank Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com |
| MATTHEW K. FISSEL | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Lakeview Loan Servicing  LLC by its servicing agent M&T Bank bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)–doc 42 – 37

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          )
   Nguyen Thao Tran                           )          Case No. 21−11472−pmm
                                                        )
                                                        )
   Debtor(s).                                       )          Chapter: 13
                                                        )
                                                        )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:


The Standing Chapter 13 Trustee has indicated that all plan payments have been made.


Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


Date: July 2, 2026                                                    For The Court

                                               Mohung Wong
                                               Clerk of Court