United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                          Case No. 21-11472-pmm

Nguyen Thao Tran                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 22, 2026 | Form ID: 3180W | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Nguyen Thao Tran, 221 Thia Court, Coatesville, PA 19320-2762 |
| 14610123 | + | Cagan Management Group, 3856 Oakton St., Skokie, IL 60076-3456 |
| 14610142 | + | Frederic I Weingerg & Assoc, 375 E Elm St., Ste. 210, Conshohocken, PA 19428-1973 |
| 14610144 | + | Joel FIink, Offices of Frederic I. Weinberg & Assoc., 375 E. Elm St., Ste. 210, Conshohocken, PA 19428-1973 |
| 14613512 | + | Lakeview Loan Servicing, LLC svg M&T Bank, c/o Martin A. Mooney, Esq., Schiller, Knapp, Lefkowitz & Hertzel, LL, Office and P.O. Address, 15 Cornell Road Latham, NY 12110-1490 |
| 14610149 | | Penn State, 308 Shields Bldg, University Park, PA 16802 |
| 14610161 | + | Tuan Tran, 700 Astor Street, Norristown, PA 19401-3710 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 23 2026 02:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | Jul 23 2026 06:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14610117 | + Email/Text: bncnotifications@pheaa.org | Jul 23 2026 02:22:00 | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14610118 | + Email/PDF: bncnotices@becket-lee.com | Jul 23 2026 02:33:59 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14610119 | + Email/PDF: bncnotices@becket-lee.com | Jul 23 2026 02:33:46 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14610120 | EDI: BANKAMER | Jul 23 2026 06:14:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 14610121 | + EDI: BANKAMER | Jul 23 2026 06:14:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14614450 | + EDI: BANKAMER2 | Jul 23 2026 06:14:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14610122 | + EDI: TSYS2 | Jul 23 2026 06:14:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14610132 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 23 2026 02:21:00 | Citizens Bank, One Citizens Drive, Ms: Rop 15b, Riverside, RI 02915 |
| 14610124 | + EDI: CAPITALONE.COM | Jul 23 2026 06:14:00 | Cap1/l&t, Po Box 31293, Salt Lake City, UT 84131-0293 |

District/off: 0313-2 | User: admin | Page 2 of 4

Date Rcvd: Jul 22, 2026 | Form ID: 3180W | Total Noticed: 60

| | | | |
|---|---|---|---|
| 14610125 | + EDI: CAPITALONE.COM | Jul 23 2026 06:14:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14618310 | + EDI: AIS.COM | Jul 23 2026 06:14:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14610126 | + EDI: CAPITALONE.COM | Jul 23 2026 06:14:00 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14610127 | + EDI: CAPITALONE.COM | Jul 23 2026 06:14:00 | Capital One/SaksFirst, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14610128 | + EDI: CAPITALONE.COM | Jul 23 2026 06:14:00 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14610129 | + EDI: JPMORGANCHASE | Jul 23 2026 06:14:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14610130 | + EDI: CITICORP | Jul 23 2026 06:14:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14610131 | + EDI: CITICORP | Jul 23 2026 06:14:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14610133 | + EDI: WFNNB.COM | Jul 23 2026 06:14:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14610134 | EDI: WFNNB.COM | Jul 23 2026 06:14:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 14610135 | + EDI: WFNNB.COM | Jul 23 2026 06:14:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14610136 | EDI: WFNNB.COM | Jul 23 2026 06:14:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 14610137 | EDI: WFNNB.COM | Jul 23 2026 06:14:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 14610138 | EDI: CITICORP | Jul 23 2026 06:14:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14615764 | EDI: Q3G.COM | Jul 23 2026 06:14:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14611824 | EDI: DISCOVER | Jul 23 2026 06:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14610139 | + EDI: DISCOVER | Jul 23 2026 06:14:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14610140 | + Email/Text: ECMCBKNotices@ecmc.org | Jul 23 2026 02:22:00 | ECMC, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 14610141 | + Email/Text: collecadminbankruptcy@fnni.com | Jul 23 2026 02:22:00 | First National Bank, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 14610143 | Email/Text: bk@freedomfinancialnetwork.com | Jul 23 2026 02:21:00 | Freedom Financial Asset Management, LLC., Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 14624309 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2026 02:33:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14623314 | ^ MEBN | Jul 23 2026 02:13:13 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14614143 | ^ MEBN | Jul 23 2026 02:13:09 | Lakeview Loan Servicing, LLC by its, servicing agent M&T Bank, c/o Schiller Knapp Lefkowitz Hertzel LLP, Post Office Box 840, Buffalo, NY |

| Recip ID | | Notice Type | Time Sent | Name and Address |
|---|---|---|---|---|
| | | | | 14240-0840 |
| 14610145 | | Email/Text: camanagement@mtb.com | Jul 23 2026 02:22:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14617044 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 23 2026 02:22:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14610146 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 23 2026 02:22:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14610147 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 23 2026 02:33:46 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14610148 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 23 2026 02:33:59 | Navient Solutions Inc, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14612692 | | EDI: MAXMSAIDV | Jul 23 2026 06:14:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14610150 | | EDI: PRA.COM | Jul 23 2026 06:14:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14621339 | | EDI: PRA.COM | Jul 23 2026 06:14:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14610151 | + | Email/Text: signed.order@pfwattorneys.com | Jul 23 2026 02:21:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 14610152 | + | Email/PDF: ProsperBKDetection@resurgent.com | Jul 23 2026 02:33:59 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14620328 | | EDI: Q3G.COM | Jul 23 2026 06:14:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14610153 | ^ | MEBN | Jul 23 2026 02:13:09 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14610154 | + | EDI: SYNC | Jul 23 2026 06:14:00 | Synchrony Car Care, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14610155 | + | EDI: SYNC | Jul 23 2026 06:14:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14610156 | + | EDI: SYNC | Jul 23 2026 06:14:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14610157 | + | EDI: SYNC | Jul 23 2026 06:14:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14610158 | + | EDI: SYNC | Jul 23 2026 06:14:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14610159 | + | EDI: SYNC | Jul 23 2026 06:14:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14610160 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 23 2026 02:22:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14610116 | | Aes/ Pheaa |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0313-2                          User: admin                                    Page 4 of 4
Date Rcvd: Jul 22, 2026                       Form ID: 3180W                                  Total Noticed: 60

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026                         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DAVID W. TIDD | on behalf of Debtor Nguyen Thao Tran bankruptcy@davidtiddlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARTIN A. MOONEY | on behalf of Creditor Lakeview Loan Servicing  LLC by its servicing agent M&T Bank Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com |
| MATTHEW K. FISSEL | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Lakeview Loan Servicing  LLC by its servicing agent M&T Bank bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Nguyen Thao Tran | Social Security number or ITIN   xxx–xx–0889 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   21–11472–pmm

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nguyen Thao Tran

7/21/26

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W               **Chapter 13 Discharge**               page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                **Chapter 13 Discharge**                page 2